UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GLEN HOPE INC., ET AL.** | **CASE NO. 6:22-CV-06190** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHEVRON USA INC., ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own, as supplemented by the Court's Ruling on Defendants' Objections. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs' Motion to Remand [ECF No. 11] is GRANTED.

Signed at Lafayette, Louisiana, this 24th day of May 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE